UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 13-3711-WDK (PLAx)                                        Date July 21, 2014

Title:   J & J Sports Productions, Inc. v. Jose Alvaro Diaz Moreno, et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                              NONE

**PROCEEDINGS:**       **(ORDER TO SHOW CAUSE)**

By Order dated October 21, 2013, the parties were advised that a mediation must be concluded no later than July 18, 2014.  On February 4, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, July 18, 2014, at 9:00 a.m.  A Mediation Report was filed on July 18, 2014, by the ADR Director, indicating that neither defendant nor defendant's representative appeared at the scheduled mediation. Accordingly, **defendant is ordered to show cause, no later than July 28, 2014, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's October 21, 2013, Order**.

cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

Initials of Deputy Clerk   ch